In the Matter of HENRY BECK et al.; as Trustees of School District No. 3 of the City of Kingston, *v.* GEORGE A. KERR, Respondent.

THE BOARD OF EDUCATION OF THE CITY OF KINGSTON et al., Appellants.

*Beck* v. *Kerr,* 87 App. Div. 1, appeal dismissed.
(Argued January 5, 1904; decided January 19, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 28, 1903, which reversed an order of Special Term denying a motion for an order directing the appellants herein to pay a certain judgment for costs, and granted such motion.

*Amos Van Etten* and *Walter N. Gill,* for appellants.

*G. R. Adams,* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN and WERNER, JJ. Dissenting: VANN and CULLEN, JJ. Absent: O'BRIEN J.